**No. 42921.**—Protests 967562–G, etc., of Wm. Shaland (New York).

Opinion by DALLINGER, J. It was stipulated that the pencil sharpeners and needle threaders in question are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. Abstracts 41633 and 38680 followed.

**No. 42922.**—Protest 971618–G of E. Leitz, Inc. (New York).

Opinion by DALLINGER, J. On the record the merchandise was found to consist of small square pieces of paper covered with tinfoil with rectangular openings in the center. The claim at 5 cents per pound and 20 percent ad valorem under paragraph 1405 was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 28, 1939

**No. 42923.**—Protest 839207–G of A. W. Fenton Co. (Cleveland).

Opinion by CLINE, J. Boxes the same as those passed upon in *Fenton* v. *United States* (1 Cust. Ct. 151, C. D. 40) were held dutiable at 33⅓ percent under paragraph 412 as claimed. The protest was overruled as to all other merchandise.

**No. 42924.**—Protest 799911–G of B. Altman & Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of photo frames chiefly used on the table, in the kitchen or in the household. The claim at 40 percent under paragraph 339 was therefore sustained. Abstract 38069 followed. No evidence was submitted to show that the collector erred in assessing additional duty of 3 cents per pound on the copper content of the articles under section 601, Revenue Act of 1932. That claim was therefore overruled.

**No. 42925.**—Protest 9008–K of Durbrow & Hearne (New York).

Opinion by CLINE, J. The name of the country "Germany" appeared backwards on certain of the paper folders. The protest was sustained as to the balance of the merchandise which was properly marked.